## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CR _02-3_ |
| v. _Mohammed, et al_ | NOTICE RE: DOCUMENT WITHHELD FROM CASE FILE |
| DEFENDANT(S). | |

On _1-2-02_ a document entitled _____

_____

_____

_____

_____

was filed in this Court on behalf of _____//_____

_____

Because of the nature of said documents, or the exhibits attached thereto, the same has been withheld from the case file and has been placed in a restricted area.

If the document is needed for any purpose, it may be obtained by contacting the Exhibit Custodian.

CLERK, U. S. DISTRICT COURT

DATED: _1-17-02_

By: _S. Verhamme_

Deputy Clerk

ENTER ON ICMS

JAN 17 2002

(81)

G-24 (4/00)          NOTICE RE: DOCUMENT WITHHELD FROM CASE FILE