UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF,

V.

Mohammed, et al.
DEFENDANT

CASE No.: CR- 02-3
DATE INDICTMENT FILED: _____
VIOLATION: _____
TAPE NO. 02-3   DATE 1/10/02

RECORD OF PROCEEDINGS - ARREST ON INDICTMENT

PROCEEDINGS BEFORE UNITED STATES MAGISTRATE JUDGE Walsh
PRESENT: I. Martinez    Stephanie Lee    _____    Goldblatt    _____
         Deputy Clerk      Assistant U.S. Attorney              Interpreter / Language

☐ Defendant informed of charge and right to appointment of counsel, if indigent. Bail review.
☐ Defendant states his/her true name is   ☐ as charged   ☐ is _____
☐ Defendant advised of consequences of false statement in financial affidavit.
☐ Attorney: _____   ☐ Retd   ☐ Apptd..   ☐ DFPD   ☐ Panel   ☐ Poss Contribution Order
☐ BOND SET AT $_____

**TYPE OF BOND**

☐ Personal Recognizance
   (Signature only - no dollar amount)
☐ Unsecured Appearance Bond in amount of $_____
☐ Appearance Bond in amount of $_____
   ☐ with cash deposit (amount or %) _____
   ☐ with affidavit of surety (no justification) (Form CR-4)
   ☐ with justification affidavit of surety (Form CR-3)
   ☐ with deeding of property
☐ Collateral Bond in amount of $_____
   (cash or negotiable securities)
☐ Corporate Surety Bond in amount of $_____
   (Corporate Surety Bond requires separate form)
☐ Release NOW and justify by _____
   OR   appear before Magistrate Judge _____
   at _____ AM/PM on _____
☐ Post-Indictment Arraignment set for: _____ at 8:30 A.M.
   before Magistrate Judge _____

**CONDITIONS OF RELEASE**

☐ PSA Supervision   ☐ Intensive
☐ Surrender passport
☐ Bail subject to Nebbia Hearing
☐ Travel restricted to _____
☐ Avoid places of egress
☐ Alcohol/Drug testing _____
☐ Not illegally use or possess drugs or be in the presence of anyone illegally using or possessing drugs.
☐ Release only to PSA
☐ Residence approved by PSA
☐ Not possess firearms or be in the presence of anyone using or possessing firearms
☐ Other _____

☐ Court ORDERS medical Abstract issued re: _____
☒ OTHER: Gov. makes an oral motion to unseal search warrants that were filed 1/9/02. Granted.
☐ BOND POSTED:   Date _____   Release ORDERED. No. _____

Isabel Martinez
Magistrate Judge Courtroom Deputy Clerk

cc:  PIA Calendar Clerk  (Pink)
     U.S. Attorney       (Blue)
     Defendant           (Yellow)
     PSA                 (Green)

M-7 (8/97)          RECORD OF PROCEEDINGS - ARREST ON INDICTMENT