JOHN S. GORDON
United States Attorney
RONALD CHENG
Assistant United States Attorney
Acting Chief, Criminal Division
MICHAEL J. STERN (Bar No. 194342)
CHRISTOPHER BRUNWIN (Bar No. 158939)
Assistant United States Attorney
California Bar Number: 155299
Narcotics Section
      1400 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-3898

Attorney for Plaintiff
United States of America



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 02-0003-CAS |
|       Plaintiff, ) | |
|       v. ) | <u>GOVERNMENT'S NOTICE OF FILING UNDER SEAL AND IN CAMERA</u> |
| KHALIL MOHAMMED et al., ) | |
|       Defendants. ) | |

The government hereby gives notice that it has filed a pleading under seal and in camera this day.

DATED: January 31, 2002

            Respectfully submitted,

            JOHN S. GORDON
            United States Attorney

            RONALD L. CHENG
            Assistant United States Attorney
            Acting Chief, Criminal Division

            _____
            MICHAEL J. STERN
            Assistant United States Attorney

            Attorneys for Plaintiff
            United States of America



# CERTIFICATE OF SERVICE

I, **SUSANA ZAMBRANO,** declare:

That I am a citizen of the United States and resident or employed in Los Angeles, County, California; that my business address is Office of United States Attorney, Federal Courthouse 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on **January 31, 2002**, I deposited in the United States mail, at the U.S. Courthouse, in the above-entitled action, in an envelope bearing the requisite postage,
a copy of:
**GOVERNMENT'S NOTICE OF FILING UNDER SEAL AND IN CAMERA**
service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[X] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**Michael Treman**
(805) 963-3754

**Robert Howard**
United States Probation Office
(213) 894-3627

at **their** last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on **January 31, 2002**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

(Legal Secretary) Susana Zambrano