JAMES D. HENDERSON (SBN 104150)
jdhjunior@aol.com
**LAW OFFICES OF JAMES D. HENDERSON**
2530 Wilshire Boulevard
Second Floor
Santa Monica, California 90403
Telephone: 310-264-1898
Facsimile: 310-264-4755

Attorneys for Defendant
KHALIL MOHAMMED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KHALIL MOHAMMED,<br>Defendant. | Case No. 2:02-cr-00003-CAS<br>**[PROPOSED] ORDER** |

Good cause being demonstrated and there being no objection from the Office of the United States Attorney or the United States Probation Office, the Defendant Khalil Mohammed may travel to Amman, Jordan, from April 4, 2009, through May 3, 2009, for the purpose of attending the wedding of his daughter and related family functions. The defendant shall provide the United States Probation Office with his itinerary and locator information prior to his travel.

IT IS SO ORDERED.

Dated: ________________

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2530 Wilshire Boulevard, Second Floor, Santa Monica, California 90403. On March 26, 2009, I served the foregoing document described as: **[PROPOSED] ORDER** on the interested parties below, using the following means:

Michael Stern
Assistant United States Attorney
1200 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sharon Nasario-Le'Sure
United States Probation Officer
290 N. "D" Street
Suite 700
San Bernardino, CA 92401

☒ BY UNITED STATES MAIL I enclosed the documents in a sealed envelope or package addressed to the respective addresses of the parties stated above and placed the envelopes for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Santa Monica, California.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 26, 2009, at Santa Monica, California.

Serena L. Steiner
[Print Name of Person Executing Proof]

[Signature]