JAMES D. HENDERSON (SBN 104150)
jdhjunior@aol.com
**LAW OFFICES OF JAMES D. HENDERSON**
2530 Wilshire Boulevard
Second Floor
Santa Monica, California 90403
Telephone: 310-264-1898
Facsimile: 310-264-4755

Attorneys for Defendant
KHALIL MOHAMMED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KHALIL MOHAMMED,

Defendant.

Case No. 2:02-cr-00003-CAS

**[PROPOSED] ORDER**

GOOD CAUSE having being demonstrated and there being no objection from the Office of the United States Attorney or the United States Probation Office, the Defendant Khalil Mohammed may travel to Ramallah, Israel, and to Amman, Jordan, from November 4, 2010, through December 5, 2010, for the purposes of dealing with business matters relating to the estate of his father and to visit with members of his family who reside in Amman, Jordan. The defendant shall provide the United States Probation Office with his itinerary and locator information prior to his travel.

IT IS SO ORDERED.

Dated: __________________

______________________________
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE