JAMES D. HENDERSON (SBN 104150)
jdhjunior@aol.com
**LAW OFFICES OF JAMES D. HENDERSON**
2530 Wilshire Boulevard
Second Floor
Santa Monica, California 90403
Telephone: 310-264-1898
Facsimile: 310-264-4755

Attorneys for Defendant
KHALIL MOHAMMED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KHALIL MOHAMMED,<br>Defendant. | Case No. 2:02-cr-00003-CAS<br>**DEFENDANT'S MOTION FOR TRAVEL**<br>(No Hearing Requested) |

NOW COMES the Defendant Khalil Mohammed, by and through his attorney, James D. Henderson, and moves the court for an order granting his travel to Ramallah, Israel, and to Amman, Jordan, for the purposes of attending to family business from October 13, 2012, through November 25, 2012.

The Defendant Khalil Mohammed, who is a United States citizen from Amman, Jordan, was sentenced in or about August of 2005 to 87 months imprisonment, five years of supervised release, and a special assessment of $100. No fine or restitution was ordered. As the court may recall, the defendant received a Sentencing Guidelines § 5K1.1 recommendation from the Government which recommendation was followed by the court. The defendant has served his custodial sentence and paid the assessment.

He has also now completed, without adverse incident, all but five months of his five years of supervised release.

This court has previously allowed the defendant's travel to attend to legal matters relating to the distribution of property from the father's estate, which property is located in Ramallah, Israel. Further, during May of 2009, the defendant was allowed by the court to travel to Amman, Jordan, in order to attend the wedding of his daughter (Taghreed) who resides in Amman. Both the above-referenced trips were completed without adverse incident in each instance and the defendant returned to the United States in conformity with the court's order. The proceedings relating to the defendant's father's estate are now in their final stages and the defendant's appearance has been requested by legal counsel to finalize estate matters. While in Jordan, the defendant desires to spend time with his daughter and with his extended family which reside in Jordan.

On September 27, 2012, undersigned counsel telephoned U.S. Probation Officer Joseph William (731/421-9246) who is presently supervising the defendant. Counsel's message to Probation Officer William was to notify counsel if U.S. Probation objected to the travel requested by this motion. Probation Officer William has voiced no objection to this motion.

Undersigned counsel has previously discussed the defendant's desire to travel to Jordan to deal with this matter with Assistant United States Attorney Michael Stern, the lead prosecutor in the defendant's case. A.U.S.A. Stern advised that the Government had no objection to such travel by this defendant so long as the U.S. Probation Office did not object and is made aware of the defendant's itinerary and locator information.

Based on all of the above, it is requested that the court enter the accompanying proposed order allowing the defendant's travel to Ramallah, Israel, and to Amman, Jordan, from October 13, 2012, through November 25, 2012, for the purposes of

attending to family business and visiting with members of both his immediate and his extended family.

Dated: October 3, 2012

LAW OFFICES OF JAMES D. HENDERSON

s/ James D. Henderson

JAMES D. HENDERSON
Attorneys for Defendant
KHALIL MOHAMMED